UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RANDY ANTHONY BROWN #374007** | **CIVIL ACTION NO. 23-cv-944 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DEPT OF PUBLIC SAFETY & CORRECTIONS ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 21] previously filed herein, and having thoroughly reviewed the record, including the Objection filed by Plaintiff Randy Anthony Brown ("Brown"), [Doc. No. 22] and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Brown's Complaint [Doc. No. 1] is **DENIED AND DISMISSED WITH PREJUDICE** under §§ 1915A and 1915(e) until such time as the *Heck* conditions are met.

**MONROE, LOUISIANA**, this the 17th day of October 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE